1

**LAW OFFICE OF BOWMAN & ASSOCIATES**
ROBERT C. BOWMAN, JR., ESQ. (SBN 232388)

2

KARA DANELLE KEISTER, ESQ. (SBN 250260)
2151 RIVER PLAZA DRIVE, SUITE 105

3

SACRAMENTO, CA 95833
TELEPHONE:  (916) 923-2800

4

FACSIMILE:  (916) 923-2828

5

Attorneys for Plaintiff

6

PATTY HENSLEE

7

MARGARET ROSENTHAL, Bar No. 147501
Email:  mrosenthal@bakerlaw.com

8

SABRINA L. SHADI, Bar No. 205405
Email:  sshadi@bakerlaw.com

9

ALASTAIR J. GAMBLE, Bar No. 264039
Email:  agamble@bakerlaw.com

10

BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor

11

Los Angeles, California  90025-7120
Telephone:     310.820.8800

12

Facsimile:     310.820.8859

13

Attorneys for Defendant

14

GANZ U.S.A., LLC

15

16

UNITED STATES DISTRICT COURT

17

EASTERN DISTRICT OF CALIFORNIA

18

PATTY HENSLEE

19

               Plaintiff,

20

    vs.

21

GANZ U.S.A., LLC, a New York corporation

22

doing business in California, and DOES 1
through 50, inclusive,

23

Defendant.
                 Defendants.

24

CASE NO. 210-CV-02238-KJM-EFB

**SECOND AMENDED STIPULATION FOR ORDER MODIFYING STATUS (PRE-TRIAL SCHEDULING) ORDER RE EXPERT DISCLOSURE AND EXPERT DISCOVERY**

25

26

       All parties to the above-entitled action ("parties"), by and through their counsel of

27

record, hereby stipulate that the Court may enter an Order as follows:

28

1.       Whereas the parties to the above-entitled action agree that expert disclosure and expert discovery should take place after the completion of fact discovery, which will permit any experts to have access to the results of discovery in this action prior to being required to prepare expert witness reports and opinions;

2.       Whereas re-setting the time for expert disclosure and completion of expert discovery within the period August 25, 2011 to October 31, 2011 will not interfere with the December 14, 2011 pre-trial conference or the March 5, 2012 trial;

3.       The parties, therefore, respectfully believe there is good cause for the Court to modify, and hereby request that the Court modify and augment the Court's January 10, 2011 STATUS (Pre-trial Scheduling) ORDER as set forth in the attached Order.

Dated: March 15, 2011                 LAW OFFICE OF BOWMAN & ASSOCIATES
                                    KARA KEISTER, ESQ.

                           By:    /s/KARA KEISTER _____
                                    ATTORNEYS FOR PLAINTIFF
                                    PATTY HENSLEE

Dated: March 15, 2011                 BAKER & HOSTETLER LLP
                                    SABRINA SHADI, ESQ.
                                    ALASTAIR JAMES GAMBLE, ESQ.

                           By:    /s/ Sabrina Shadi (as authorized on March 14, 2011)
                                    ATTORNEY FOR DEFENDANT
                                    GANZ U.S.A., LLC

**ORDER**

Based on the foregoing stipulation, and good cause appearing, the following will modify and augment the Court's January 10, 2011 STATUS (Pre-trial Scheduling) ORDER. Except as expressly modified or augmented, the January 10, 2011 STATUS (Pre-trial Scheduling) ORDER, including the deadlines set forth therein, remains in full effect.

DISCLOSURE OF EXPERT WITNESSES

The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by **August 25, 2011**. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. 26(a)(2)(c) shall be made by **September 8, 2011.**

Failure of a party to comply with the disclosure schedule as set forth above in all likelihood will preclude that party from calling the expert witness at the time of trial absent a showing that the necessity for the witness could not have been reasonably anticipated at the time the disclosures were ordered and that the failure to make timely disclosure did not prejudice any other party. See Fed. R. Civ. P. 37(c).

EXPERT DISCOVERY

All expert discovery shall be completed by **October 31, 2011**. In this context, "completed" means that all expert discovery shall have been conducted so that all expert depositions have been taken and any disputes relative to expert discovery shall have been resolved by appropriate order if necessary and, where expert discovery has been ordered, the order has been complied with.

IT IS SO ORDERED

Dated:   March 17, 2011.

_____
UNITED STATES DISTRICT JUDGE